# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL IBN MANLEY, | No. 2:17-cv-02686-TLN-DMC |
| Petitioner, | |
| v. | ORDER |
| DAVE DAVEY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 1, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (ECF No. 20.) No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 1, 2019, (ECF No. 20), are adopted in full;

2. Respondent's motion to dismiss (ECF No. 15) is GRANTED IN PART;

3. Petitioners first amended petition for a writ of habeas corpus is DISMISSED with leave to amend;

4. Petitioner shall file a second amended petition within 30 days of the date of this order; and

5. The Clerk of the Court is directed to forward to Petitioner the Court's form petition for habeas corpus actions pursuant to 28 U.S.C. § 2254.

Dated: August 9, 2019

Troy L. Nunley
United States District Judge