UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL IBN MANLEY,<br><br>               Petitioner,<br><br>   v.<br><br>DAVE DAVEY,<br><br>               Respondent. | No.  2:17-CV-02686-TLN-DMC<br><br>**ORDER** |

      Petitioner, a state prisoner proceeding *pro se*, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

      On July 30, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 30, 2020, are ADOPTED IN FULL;

2. Respondent's motion to dismiss (ECF No. 25) is DENIED; and

3. Respondent shall file an answer to Petitioner's claim relating to his 2015 parole hearing within thirty (30) days of the date of this Order.

DATED: September 21, 2020

Troy L. Nunley
United States District Judge