**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NABIL IBN MANLEY, | No.  2:17-CV-2686-TLN-DMC-P |
| Petitioner, | |
| v. | ORDER |
| DAVE DAVEY, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion for an extension of time, ECF No. 45,) to file objections to the Court's March 23, 2021, findings and recommendations.  Good cause appearing therefor, Petitioner's motion is granted.  Petitioner may file objections within 30 days of the date of this order.

    IT IS SO ORDERED.

Dated:  April 15, 2021

                   _____
                   DENNIS M. COTA
                   UNITED STATES MAGISTRATE JUDGE