IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL IBN MANLEY,<br><br>                Petitioner,<br><br>        v.<br><br>DAVE DAVEY,<br><br>                Respondent. | No.  2:17-CV-2686-TLN-DMC-P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, Brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Final judgment was entered on July 6, 2021, and Petitioner has appealed.  A review of the docket reflects that findings and recommendations, originally issued on July 30, 2020, and adopted in full on September 22, 2020, were re-issued in error on September 29, 2021.  The re-issued findings and recommendations at ECF No. 55 are, therefore, vacated and this action remains closed.

IT IS SO ORDERED.

Dated:  October 1, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE